PROB 12C-SUM
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

| | | |
|---|---|---|
| **Name:** Johnny T. Stine | | **Case Number:** 2:21CR00011 |
| **Name of Judicial Officer:** The Honorable Brian A. Tsuchida, United States Magistrate Judge | | |
| **Date of Original Sentence:** 03/08/2022 | | **Date of Report:** 04/30/2025 |
| **Original Offense:** Count 1: Misbranded Drug into Interstate Commerce | | |
| Count 2: Misbranded Drug into Interstate Commerce | | |
| **Original Sentence:** 5 years' probation | | |
| **Type of Supervision:** Probation | | **Date Supervision Commenced:** 03/08/2022 |
| | | **Date Supervision Expires:** 03/07/2027 |
| **Assistant United States Attorney:** Amanda McDowell | | **Defense Attorney:** Dennis Carroll |

**Special Conditions Imposed:**

☐ Substance Abuse    ☐ Financial Disclosure    ☒ Restitution: $236,736.00
☐ Mental Health      ☐ Fine                   ☐ Community Service

☒ Other: submit to search, no self-employment; must disclose and make available for review all documents and records of any business or enterprises

---

## PETITIONING THE COURT

☐ To issue a warrant under seal
☒ To issue a summons

I allege Johnny T. Stine has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to provide documents regarding interest in business or enterprise, on or about April 15, 2025, in violation of a special condition of probation. |
| 2. | Failure to follow the Court's order to not be self-employed on and before March 28, 2025, in violation of a special condition of probation. |
| 3. | Failure to report a change in employment status as of December 2024, in violation of a standard condition. |
| 4. | Failure to make payment towards restitution since November 21, 2024, in violation of a special condition of probation. |
| 5. | Failure to provide monthly report forms as instructed since December 2024, in violation of a standard condition. |

I incorporate by reference the information contained in the attached memorandum.

The Honorable Brian A. Tsuchida, United States Magistrate Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  April 30, 2025

United States Probation Officer Recommendation:

☐ The term of supervision should be
  ☐ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☒ The conditions of supervision should be modified as follows:
  The defendant shall provide the probation officer with access to any requested financial information including authorization to conduct credit checks and obtain copies of the defendant's federal income tax returns.
☐ Detention pending final adjudication due to
  ☐ risk of flight.
  ☐ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2025.

_____
Britney Sutton
United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:

_____
Analiese D. Johnson
Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer

4/30/2025
Date